UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jerry Nardella and Jerilyn Nardella<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; BANC OF AMERICA FUNDING CORPORATION 2007-C; BANK OF AMERICA, N.A.; SHAPIRO & DENARDO, LLC; JOHN DOES I-X,<br><br>    Defendants. | Civil Action No.: 2:17-cv-01779<br><br><br>**STIPULATION OF DSIMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** that the Complaint filed by Plaintiffs Jerry Nardella and Jerilyn Nardella, be and is hereby dismissed without prejudice against Defendants Wells Fargo Bank, N.A.; Banc of America Funding Corporation 2007-C; Bank Of America, N.A.; Shapiro & Denardo, Llc; John Does I-X without attorneys fees or costs to any party.

                                            DENBEAUX & DENBEAUX
                                            ATTORNEYS FOR PLAINTIFFS


                                            /s/ Joshua W. Denbeaux
                                            Joshua W. Denbeaux, Esq.
Dated: May 11, 2015

1